## Chicago, Burlington & Quincy Railway Company et al. v. Fred H. Steinkuehler.

This case is controlled by the decision in C., B. & Q. Ry. Co. et al. v. DeFreitas, *ante*, p. 228.

Action on the case. Appeal from the Circuit Court of Morgan county; the Hon. OWEN P. THOMPSON, Judge, presiding. Heard in this court at the November term, 1906. Affirmed upon *remittitur*. Opinion filed June 1, 1907.

KIRBY & WILSON, for appellants.

JOHN A. BELLATTI, for appellee.

PER CURIAM. Appellee as the owner of lots No. 158 and 159 in the Car Shops addition to the city of Jacksonville recovered a verdict and judgment against appellants for $400 for damages alleged to have resulted to said property by reason of the construction and operation of a railroad.

The questions presented by the record in this case are the same as those involved in the case of DeFreitas against the same defendants, and the opinion in that case this day filed in this court controls the disposition of this case. (*Ante,* p. 228.)

If appellee will, within 20 days, remit $100 from the amount of his judgment, it will be affirmed for $300, otherwise the judgment will be reversed and the cause remanded.

*Affirmed upon remittitur. Remittitur filed and judgment affirmed.*

---

## Chicago, Burlington & Quincy Railway Company et al. v. George Souza.

This case is controlled by the decision in C., B. & Q. Ry. Co. et al. v. DeFreitas, *ante*, p. 228.